KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

HARTLEY M. K. WEST (CSBN 191609)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6747

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00322 PJH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM JUNE 15, 2005 THROUGH JULY 13, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii) and 3161(h)(8)(B)(iv)) |
| v. | ) | |
| DEMORA HENDERSON, | ) | |
| Defendant. | ) | |

    On June 15, 2005, defendant Demora Henderson, his attorney William Goodman, and Assistant United States Attorney Hartley West appeared before this Court for status and trial setting in the above-captioned matter. The parties and the Court agreed to continue the case to July 13, 2005, because counsel believe they may negotiate a resolution, and because Mr. Goodman needs an opportunity to discuss the matter with his client, but will be on vacation for two weeks. The Court and the parties agreed that the time between June 15 and July 13, 2005 should be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and

///

///

///

[PROPOSED] ORDER EXCLUDING TIME
CR 05-00322 PJH

3161(h)(8)(B)(iv), for continuity of counsel and effective preparation of the defense, and because the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, the Court HEREBY ORDERS that the time between June 15 and July 13, 2005 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Date: 6/22/05

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

Approved as to form:

WILLIAM GOODMAN
Counsel for Demora Henderson

HARTLEY M. K. WEST
Assistant United States Attorney

3161(h)(8)(B)(iv), for continuity of counsel and effective preparation of the de[fense] because the ends of justice served outweigh the best interest of the publi[c and defend]ant in a speedy trial.

4. Accordingly, the Court HEREBY ORDERS that the time between June 15 and July 13, 2005 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Date:_____

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

Approved as to form:

*/s/ William Goodman*

WILLIAM GOODMAN
Counsel for Demora Henderson

_____
HARTLEY M. K. WEST
Assistant United States Attorney

[PROPOSED] ORDER EXCLUDING TIME
CR 05-00322 PJH            2