KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

HARTLEY M. K. WEST (CSBN 191609)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6747

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DEMORA HENDERSON, <br><br> Defendant. | No. CR 05-00322 PJH <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM JULY 13, 2005 THROUGH AUGUST 17, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(8)(A) & 3161(h)(8)(B)(iv)) |

On July 13, 2005, defendant Demora Henderson, his attorney Lyn Agre, and Assistant United States Attorney Hartley West appeared before this Court for status and trial setting in the above-captioned matter. The parties and the Court agreed to continue the case to August 17, 2005, to allow defense counsel to meet with defendant and discuss potential defenses, or resolution of the case. The Court and the parties agreed that the time between July 13, 2005 and August 17, 2005 should be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv), for effective preparation of the defense and because the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial.

[PROPOSED] ORDER EXCLUDING TIME
CR 05-00322 PJH

1  //

2  //

3      Accordingly, the Court HEREBY ORDERS that the time between July 13, 2005 and August 17, 2005 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161.

5  IT IS SO ORDERED.

6  Date: 7/19/05

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

Approved as to form:

_____
LYN AGRE
Counsel for Demora Henderson

_____
HARTLEY M. K. WEST
Assistant United States Attorney

[PROPOSED] ORDER EXCLUDING TIME
CR 05-00322 PJH                                         2