KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

HARTLEY M. K. WEST (CSBN 191609)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6747

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 05-00322 PJH |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM JUNE 8, 2005 THROUGH JUNE 15, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii) and 3161(h)(8)(B)(iv)) |
| v. | ) | |
| DEMORA HENDERSON, | ) | |
| Defendant. | ) | |

    On June 8, 2005, defendant Demora Henderson, Assistant Federal Public Defender David Fermino specially appearing, and Assistant United States Attorney Hartley West initially appeared before this Court in the above-captioned matter. Mr. Fermino advised the Court that a recently-discovered conflict precluded him from representing defendant Henderson and requested that the matter be continued for identification of new defense counsel. The Court agreed and reset the matter for June 15, 2005. The Court and the parties agreed that the time between June 8 and June 15, 2005 should be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv), to allow for appointment of new defense counsel and because the ends of justice served outweigh the best interest of the public and the defendant in a speedy trial.

///

Accordingly, the Court HEREBY ORDERS that the time between June 8 and June 15, 2005 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Date: 8/18/05

PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

Approved as to form:

DAVID FERMINO
Assistant Federal Public Defender
Specially Appearing for Defendant
Demora Henderson

HARTLEY M. K. WEST
Assistant United States Attorney