1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  HARTLEY M. K. WEST (CSBN 191609)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6747
7
   Attorneys for Plaintiff
8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                          SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,      )   No. CR 05-00322 PJH
                                  )
13         Plaintiff,             )
                                  )   STIPULATION AND [PROPOSED] ORDER
14                                )   EXCLUDING TIME FROM AUGUST 17,
        v.                        )   2005 THROUGH AUGUST 25, 2005 FROM
15                                )   THE SPEEDY TRIAL ACT CALCULATION
   DEMORA HENDERSON,              )   (18 U.S.C. § 3161(h)(3)(A))
16                                )
           Defendant.             )
17 _____)

18     On August 17, 2005, defense counsel William Goodman and Assistant United States

19 Attorney Hartley West appeared before this Court for trial setting or change of plea in the above-

20 captioned matter.  Defendant Demora Henderson, who is out of custody, was not present.  The

21 Court stayed a bench warrant for one week, continuing the appearance to August 25, 2005 at 1:30

22 p.m.  The parties and the Court agreed that the time between August 17, 2005 and August 25,

23 2005 should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(3)(A), due to absence

24 of the defendant.

25 / / /

26 / / /

27 / / /

28 / / /

[PROPOSED] ORDER EXCLUDING TIME
CR 05-00322 PJH

Accordingly, the Court HEREBY ORDERS that the time between August 17, 2005 and August 25, 2005 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Date: 8/22/05

_____
PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

Approved as to form:

_____
WILLIAM GOODMAN
Counsel for Demora Henderson

_____
HARTLEY M.K. WEST
Assistant United States Attorney

[PROPOSED] ORDER EXCLUDING TIME
CR 05-00322 PJH                           2