1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4
   HARTLEY M. K. WEST (CSBN 191609)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
7      Telephone: (415) 436-6747

8  Attorneys for Plaintiff

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12
   UNITED STATES OF AMERICA,      )   No. CR 05-00322 PJH
13                                )
          Plaintiff,               )
14                                )   STIPULATION AND [PROPOSED] ORDER
                                   )   EXCLUDING TIME FROM MAY 24, 2005
15        v.                       )   THROUGH JUNE 8, 2005 FROM THE
                                   )   SPEEDY TRIAL ACT CALCULATION (18
16 DEMORA HENDERSON,               )   U.S.C. §§ 3161(h)(3)(A) and
                                   )   3161(h)(8)(B)(iv))
17        Defendant.                )
                                   )
18 _____

19     On May 24, 2005, defendant Demora Henderson, his attorney, Assistant Federal Public

20 Defender David Fermino, and an Assistant United States Attorney appeared before Magistrate

21 Judge Elizabeth D. LaPorte for identification of counsel and arraignment on an indictment, which

22 was filed May 19, 2005. The Court put the matter over for initial appearance before the

23 Honorable Phyllis J. Hamilton on June 8, 2005. The parties and the Court agreed that the time

24 between May 19, 2005 and June 8, 2005 should be excluded under the Speedy Trial Act, 18

25 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv), for effective preparation of the defense and

26 because the ends of justice served outweigh the best interest of the public and the defendant in a

27 speedy trial.

28 ///

[PROPOSED] ORDER EXCLUDING TIME
CR 05-00322 PJH

Accordingly, the Court HEREBY ORDERS that the time between May 19, 2005 and June 8, 2005 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

Date: September 12, 2005

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge Elizabeth D. Laporte

Approved as to form:

_____
DAVID FERMINO
Assistant Federal Public Defender

_____
HARTLEY M. K. WEST
Assistant United States Attorney

[~~PROPOSED~~] ORDER EXCLUDING TIME
CR 05-00322 PJH                    2