~~PROPOSED~~ ORDER/COVER SHEET

FILED
2006 MAR 15 AM 10: 50
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

TO:   Honorable Elizabeth D. Laporte         RE:  Demora A. Henderson
      U.S. Magistrate Judge

FROM: Claudette M. Silvera, Chief            DOCKET NO.:  CR 05-0322 PJH
      U.S. Pretrial Services Officer

DATE: March 10, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Anthony R. Granados                          (415) 436-7520
U.S. Pretrial Services Officer               TELEPHONE NUMBER

RE:   MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[✓] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. E 15th Floor on 03/15/06 (spec. setting) at 9:30 AM.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
    Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)
    A.
    B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____          _____
JUDICIAL OFFICER                           DATE  Mar 13, 2006

Cover Sheet (12/03/02)