BRIAN P. BERSON, ESQ.
State Bar No. 130249
235 Montgomery Street
Suite 625
San Francisco, CA 94104
Telephone: (415) 788-2707
Facsimile: (415) 392-5275

Counsel for Defendant **DEMORA HENDERSON**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 05-322 PJH |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER EXCLUDING TIME FROM** |
| vs. ) | **MARCH 8, 2006 TO MARCH 15,** |
| ) | **2006 FROM THE SPEEDY TRIAL** |
| DEMORA HENDERSON. ) | **ACT CALCULATION (18 U.S.C** |
| ) | **SEC. 3161(h)(8)(A))** |
| Defendant. ) | |

The parties appeared before the Court on March 8, 2006. With the agreement of the parties, and at the request of the defendant, the Court enters this order scheduling a bail review hearing at 9:30 a.m. on March 15, 2006, and an exclusion of time under the Speedy Trial Act, 18 U.S.C. Sec. 3161(h)(8)(A), from March 8, 2006 to March 15, 2006. The parties agreed and the Court found and held, as follows:

1. Defendant's counsel was making his first appearance, had not yet obtained the file from his predecessor counsel, nor obtained discovery from the government. Failure to grant the requested continuance would unreasonably deny the defense

1

reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel.

2. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel.

3. Given these circumstances, the Count found that the ends of justice served by excluding the period from March 8, 2006 to March 15, 2006 outweigh the best interest of the public and the defendant in a speedy trial. Id. Sec. 3161(h)(8)(A).

4. Accordingly, the Court orders that the period from March 8, 2006 to March 15, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. Sec. 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 3/14/06

PHIL KEARNEY
Assistant United States Attorney

DATED: 3/15/06

BRIAN BERSON
Attorney for DEMORA HENDERSON

IT IS SO ORDERED.

DATED: 16 Mar 06

United States Magistrate Judge

2