RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
2831 Telegraph Avenue
Oakland, CA 94609
Telephone: (510) 763-9967
Facsimile:  (510) 272-0711

Attorney for Defendant
Demora Henderson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ooo

| UNITED STATES OF AMERICA, | CR. No. 05-322-PJH |
|---|---|
| Plaintiff, | |
| vs. | EX PARTE APPLICATION FOR ORDER SHORTENING TIME IN WHICH TO FILE AND HEAR MOTION TO BE RELIEVED AS COUNSEL OF RECORD; DECLARATION OF COUNSEL; P~~ROPOSE~~D ORDER |
| DEMORA HENDERSON, | |
| Defendant. | |

Randy Sue Pollock, counsel for DEMORA HENDERSON, hereby applies to this Court for an Order Shortening Time In While To File and Hear a Motion To Be Relieved As Counsel of Record.  This application is based on the attached declaration of counsel as well as the files and records in this case.

Date:  April 17, 2006          (S) Randy Sue Pollock
                               Randy Sue Pollock
                               Counsel for Defendant
                               Demora Henderson

DECLARATION OF COUNSEL

I, Randy Sue Pollock, declare and state as follows:

1. On Friday, April 7, 2006, I contacted Ruben Deang from the Office of the Federal Public Defender and advised him that I might have a conflict of interest that would prevent my representation of Demora Henderson;

2. On Monday, April 10, 2006, following a meeting with Henderson at Santa Rita, I called Mr. Deang back and confirmed that I had a conflict. He advised me that I must place this on the District Court calendar, rather than before a U.S. Magistrate Judge;

3. I spoke to this Court's clerk on Tuesday, April 11th, and she advised me that this Court's rules require 28 days notice for motions. I was just appointed on March 22nd;

4. I was out of the office due to the Jewish Holidays on April 12-13th and could not file this motion until Monday, April 17th. I have advised AUSA Phil Kearney of my intent to file this motion;

I declare under penalty of perjury that the above is true and correct to the best of my knowledge. Executed this 17th day of April, 2006.

                                          (S) Randy Sue Pollock
                                          Randy Sue Pollock

```
 1 | RANDY SUE POLLOCK
   | Attorney at Law (CSBN 64493)
 2 | 2831 Telegraph Avenue
   | Oakland, CA 94609
 3 | Telephone: (510) 763-9967
   | Facsimile:  (510) 272-0711
 4 |
   | Attorney for Defendant
 5 | Demora Henderson
 6 |
 7 |
 8 |
   |                 UNITED STATES DISTRICT COURT
 9 |
   |                NORTHERN DISTRICT OF CALIFORNIA
10 |
   |                              ooo
11 |
12 | UNITED STATES OF AMERICA,          CR. No. 05-322-PJH
13 |          Plaintiff,
14 | vs.                                [~~PROPOSED~~] ORDER GRANTING
   |                                    DEFENDANT S APPLICATION FOR AN
15 |                                    ORDER SHORTENING TIME TO FILE
   | DEMORA HENDERSON,                  AND HEAR A MOTION TO BE
16 |                                    RELIEVED AS COUNSEL OF RECORD
   |          Defendant.
17 | _____/
18 |     GOOD CAUSE SHOWN, based on the application and declaration of counsel for an
19 | Order Shortening Time In Which To File and Hear a Motion To Be Relieved As Counsel of
20 | Record, IT IS HEREBY ORDERED that defendant s application is Granted/~~Denied~~.
21 | Said motion shall be heard on  April 19, 2006 at 1:30 p.m.
22 |
23 | Date: April __18__, 2006
```

IT IS SO ORDERED
Judge Phyllis J. Hamilton