| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | EUMI L. CHOI (WVBN 0722)<br>Acting Chief, Criminal Division |
| 3 | |
| 4 | PHILIP J. KEARNEY (CSBN 114978)<br>Assistant United States Attorneys |
| 5 | KRISTA TONGRING (NJBN 2739-96)<br>Trial Attorney, U.S. Department of Justice |
| 6 | 450 Golden Gate Avenue<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-6758, 6829 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 05-00322 PJH |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [~~PROPOSED~~]** |
| v. | ) | **ORDER EXCLUDING TIME** |
| **DEMORA HENDERSON,** | ) | |
| Defendants. | ) | |

    The above-captioned matter came before the Court on April 27, 2006, for a status appearance and to appoint new counsel. Julia Mezhinsky Jayne was appointed to represent the defendant, who was present, the government was represented by Philip J. Kearney, Assistant United States Attorney. The matter was continued until May 17, 2006, for a further status hearing. The Court made a finding on the record that the time between April 27, 2006 and May 17, 2006, should be excluded under the Speedy Trial

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00322 WHA**

1 Act, 18 U.S.C. § 3161(h)(3)(B)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial. That finding was made by the Court pursuant to defense request for additional time to review the discovery and effectively prepare the matter, taking into account the exercise of due diligence. That finding was made pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that the case be continued until May 17, 2006 at 1:30 p.m. and that an exclusion of time until that date be granted. The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(3)(B)(iv), because the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial.

DATED:   4/27/06                                     /S/
                                    _____
                                    JULIA MEZHINSKY JAYNE, ESQ.
                                    Counsel for DEFENDANT
                                    DEMORA HENDERSON

DATED:   4/27/06                                     /S/
                                    _____
                                    PHILIP J. KEARNEY
                                    Assistant United States Attorney

SO ORDERED.

DATED:   5/1/06                     _____
                                    PHYLLIS J. HAMILTON
                                    UNITED STATES DISTRICT JUDGE



**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00322 WHA**                        2