KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

PHILIP J. KEARNEY (CSBN 114978)
KRISTA TONGRING (NJBN 2739-96)
Trial Attorney, U.S. Department of Justice

   450 Golden Gate Avenue
   San Francisco, CA 94103
   Telephone: (415) 436-6758, 6867
   Fax:      (415) 436-7234
   E-mail: Philip.Kearney@usdoj.gov
           Krista.Tongring3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | **No. CR- 05 - 00322 PJH** |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [P~~ROPOSED~~] ORDER EXCLUDING TIME |
| | ) | |
| DEMORA HENDERSON, | ) | |
| Defendant. | ) | |

The above-captioned matter came before the Court on May 17, 2006 for a trial setting appearance. Julia Mezhinsky Jayne appeared on behalf of the defendant, Demora Henderson, who was present, and the government was represented by Krista Tongring, Trial Attorney, United States Department of Justice. At the request of defense counsel, the matter was set for an expedited motions hearing on a motion to dismiss Counts One and Three of the Superseding

**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
[CR 05 -00322 PJH]**                               1

1  Indictment.  The Court ordered defense counsel to file its motion by May 24, 2006.  Because the
2  period between May 17, 2006 and May 24, 2006 was essential to the effective preparation of the
3  defense case, the Court made a finding on the record that this time should be excluded under the
4  Speedy Trial Act, 18 United States Code, Section 3161(h)(8)(A), as the ends of justice served by
5  taking such action outweighed the best interest of the public and the defendant in a speedy trial.

6      The parties hereby agree to and request that the time between May 17, 2006 and May 24,
7  2006 be excluded pursuant to 18 United States Code, Section 3161(h)(8)(B)(iv).  The parties
8  agree and stipulate that the additional time is appropriate and necessary under Title 18, United
9  States Code, Section 3161(h)(8)(A) because the ends of justice served by this continuance
10 outweigh the best interest of the public and the defendant in a speed trial.

12 DATED:    5/17/06                              /S/
                                                JULIA MEZHINSKY JAYNE, ESQ.
13                                              Counsel for Defendant Demora Henderson

14
   DATED:    5/17/06                              /S/
15                                              KRISTA TONGRING
                                                Trial Attorney, United States Department of Justice
16

17 SO ORDERED.

18         5/18/06
19 DATED:    5/~~17~~/06



                                    PHYL~~~~
                                    UNITED STATES DISTRICT JUDGE
                                    Judge Phyllis J. Hamilton
                                    IT IS SO ORDERED

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**[CR 05 -00322 PJH]**                    2