KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Acting Chief, Criminal Division

PHILIP J. KEARNEY (CSBN 114978)
Assistant United States Attorneys
KRISTA TONGRING (NJBN 2739-96)
Trial Attorney, U.S. Department of Justice

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-6758, 6829

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Criminal No. CR 05-00322 PJH |
|     Plaintiff,      ) | |
|            ) | **STIPULATION AND [~~PROPOSED~~]** |
|            ) | **ORDER EXCLUDING TIME** |
|   v.          ) | |
|            ) | |
| **DEMORA HENDERSON,**    ) | |
|            ) | |
|            ) | |
|     Defendants.    ) | |
| _____ ) | |

       The above-captioned matter came before the Court on June 14, 2006, for hearing
on a defense motion to dismiss the indictment.  Julia Mezhinsky Jayne was appointed to
represent the defendant, who was  present, the government was represented by Krista
Tongring, Department of Justice Trial Attorney, and Philip J. Kearney, Assistant United
States Attorney.  The matter was continued until July 12, 2006, at 1:30 p.m. for trial
setting.  The Court made a finding on the record that the time between June 14, 2006 and

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 05-00322 WHA**

July 12, 2006, should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(B)(8)(A), because the ends of justice served by taking such action outweighed the best interest of the public and the defendant in a speedy trial.  That finding was made by the Court pursuant to defense request for additional time to prepare an interlocutory appeal of the Court's order denying the motion to dismiss, and to effectively prepare the matter, taking into account the exercise of due diligence.  That finding was made pursuant to 18 U.S.C. § 3161(h)(1)(E).

The parties hereby agree to and request that the case be continued until July 12, 2006 at 1:30 p.m. and that an exclusion of time until that date be granted.  The parties agree and stipulate that the additional time is appropriate and necessary under Title 18, United States Code, Section 3161(h)(1)(E), because the ends of justice served by this continuance outweigh the best interest of the public and the defendants in a speedy trial.

DATED:      6/14/06                    /S/
                                        _____
                                        JULIA MEZHINSKY JAYNE, ESQ.
                                        Counsel for DEFENDANT
                                        DEMORA HENDERSON

DATED:      6/14/06                    /S/
                                        _____
                                        KRISTA TONGRING
                                        Trial Attorney
                                        United States Department of Justice

SO ORDERED.

DATED:   6/15/06



IT IS SO ORDERED

Judge Phyllis J. Hamilton

**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 05-00322 WHA**                     2