KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

PHILIP J. KEARNEY (CSBN 114978)
KRISTA TONGRING (NJBN 2739-96)
Trial Attorney, U.S. Department of Justice

   450 Golden Gate Avenue
   San Francisco, CA 94103
   Telephone: (415) 436-6758, 6867
   Fax:     (415) 436-7234
   E-mail: Philip.Kearney@usdoj.gov
           Krista.Tongring3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>)<br>)<br>DEMORA HENDERSON, )<br>)<br>    Defendant. )<br>)<br>_____ )<br>) | **No. CR- 05 - 00322 PJH**<br><br>STIPULATION AND [P~~ROPOSED~~]<br>ORDER EXCLUDING TIME |

      The above-captioned matter came before the Court on July 12, 2006 for a trial setting appearance.  Julia Mezhinsky Jayne appeared on behalf of the defendant, Demora Henderson, who was present, and the government was represented by Philip J. Kearney, Assistant U.S. Attorney, United States Attorney's Office for the Northern District of California and Krista Tongring, Trial Attorney, United States Department of Justice.  At the request of defense

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**[CR 05 -00322 PJH]**                1

1  counsel, the matter was set for an expedited motions hearing on several motions, including a
2  motion for a bill of particulars, a motion to revoke detention, a motion to sever counts, and a
3  motion to dismiss.  The Court ordered defense counsel to file its motion by July 19, 2006.
4  Because the period between July 12, 2006 and July 19, 2006 was essential to the effective
5  preparation of the defense case, the Court made a finding on the record that this time should be
6  excluded under the Speedy Trial Act, 18 United States Code, Section 3161(h)(8)(A), as the ends
7  of justice served by taking such action outweighed the best interest of the public and the
8  defendant in a speedy trial.
9       The parties hereby agree to and request that the time between July 12, 2006 and July 19,
10 2006 be excluded pursuant to 18 United States Code, Section 3161(h)(8)(B)(iv).  The parties
11 agree and stipulate that the additional time is appropriate and necessary under Title 18, United
12 States Code, Section 3161(h)(8)(A) because the ends of justice served by this continuance
13 outweigh the best interest of the public and the defendant in a speed trial.

15 DATED:     7/12/06                              /S/
                                          JULIA MEZHINSKY JAYNE, ESQ.
16                                        Counsel for Defendant Demora Henderson

18 DATED:     7/12/06                              /S/
   KRISTA TONGRING
   Trial Attorney, United States Department of Justice

20 SO ORDERED.

21            7/24/06
22 DATED:    7/21/06
                                          _____
23                                        PHYLLIS J. HAMILTON
                                          UNITED STATES DISTRICT JUDGE



**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**[CR 05 -00322 PJH]**                    2