**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. C 05-0322 PJH |
| v. | **ORDER TO SHOW CAUSE** |
| DEMORA HENDERSON, | |
| Defendant. _____/ | |

Pursuant to the court's criminal standing order, the government's opposition to defendant's motion to dismiss was due **no later than Wednesday, August 2, 2006.** The government failed to timely file an opposition, and is therefore ORDERED TO SHOW CAUSE why defendant's motion to dismiss should not be GRANTED and any untimely opposition stricken.

Additionally, the numerous exhibits to the government's oppositions to defendant's motions for a bill of particulars and to revoke the detention order, which were simply appended to the government's points and authorities, are not in compliance with the Federal Rules of Evidence, the Local Rules, or this court's criminal standing order. For further guidance, the court points counsel to its standing order, which provides in pertinent part:

CONFORMITY WITH LOCAL RULES RE: EVIDENTIARY SUBMISSIONS

All motions and oppositions to motions shall comply with Crim. L.R. 47-2(b), which requires that motions "presenting issues of fact . . . be supported by affidavits or declarations which comply with the requirements of Civil L.R. 7-5." Civil L.R. 7-5, in turn, requires that "[f]actual contentions made in support of or in opposition to any motion must be supported by an affidavit or declaration and by appropriate references to the record." Moreover, other evidence in support of or in opposition to any motion "must be appropriately authenticated by an affidavit or declaration." That rule further requires that affidavits and declarations contain factual contentions only, avoiding conclusions and legal argument, and "conform as much as possible to the requirements of FRCivP 56(e)."

In accordance with Civil L.R. 7-5, made applicable by Crim. L.R. 47-2(b), any declaration or affidavit that does not comply with these requirements will be stricken.

Accordingly, the government is also ORDERED TO SHOW CAUSE why its supporting exhibits should not be stricken.

The government is ORDERED to respond to this order to show cause **no later than noon on Friday, August 4, 2006.** A failure to respond may result in the court granting defendant's motion to dismiss and/or striking the exhibits from the record.

**IT IS SO ORDERED.**

Dated: August 3, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge

Revised 6-23-05

2