JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail:      jjayne@sideman.com
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Eighth Floor
San Francisco, California 94111
Telephone:   (415) 392-1960
Facsimile:   (415) 392-0827

Attorneys for Defendant
DEMORA HENDERSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>DEMORA HENDERSON,<br><br>            Defendant. | CASE NO. CR-05-00322-PJH<br><br>**AMENDED [~~PROPOSED~~] ORDER GRANTING DEFENDANT DEMORA HENDERSON'S WAIVER OF APPEARANCE** |

In accordance with Federal Rule of Criminal Procedure 43(b)(3), Defendant Demora Henderson's Waiver of Appearance at the status conference scheduled for Wednesday, August 23, 2006 at 2:30 p.m. is hereby granted. The Court finds good cause for a waiver of Mr. Henderson's appearance due to the fact that Mr. Henderson is being held in state custody and is unlikely to be released prior to the scheduled hearing.

~~[In the alternative, the status conference will be continued until _____ so that Mr. Henderson may be personally present.]~~

**IT IS SO ORDERED.**

DATED: 8/23/06

HONORABLE _____
U.S. DISTRICT _____

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

jmj:jmj:DEHE.7219\238289_1.DOC