KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

PHILIP J. KEARNEY (CSBN 114978)
Assistant United States Attorneys
KRISTA TONGRING (NJBN 2739-96)
Trial Attorney, Department of Justice

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6867
    Fax:   (415) 436-7234
    Email: Richard.Cutler@usdoj.gov
          Philip.Kearney@usdoj.gov

Attorneys for Plaintiff

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DEMORA HENDERSON,<br><br>    Defendant. | No. CR 05-0322-PJH<br><br>GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE PURSUANT TO FED. R. CRIM. P. 48(a) AND [PROPOSED] ORDER DISMISSING THE INDICTMENT WITHOUT PREJUDICE |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California, hereby moves to dismiss the indictment against defendant DEMORA HENDERSON without prejudice pursuant to Federal Rule of Criminal

//
//
//

GOVERNMENT'S MOTION
TO DISMISS THE INDICTMENT (CR 05-00383-PJH)                        1

1 | Procedure 48(a).
2 |
3 | DATED: August 23, 2006 /S/
4 | PHILIP J. KEARNEY
   | Assistant United States Attorneys
   | KRISTA TONGRING
5 | Trial Attorney, Department of Justice
   | Attorneys for Plaintiff
6 | United States of America
7 |
8 | SO ORDERED.
9 |
10 | DATED: 8/23/06
11 | PHYLLIS J. HAMILTON
    | UNITED STATES DISTRICT JUDGE

GOVERNMENT'S MOTION
TO DISMISS THE INDICTMENT (CR 05-00383-PJH)                    2